UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| THOMAS DOUGHTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT ENERGY SERVICES, LLC,<br><br>Defendants. | Case No.: 1:24-cv-00175-RP |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes the Plaintiff, THOMAS DOUGHTY, by and through his attorneys, and respectfully requests the Court dismiss this matter without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not yet filed an answer.

RESPECTFULLY SUBMITTED,

By:   */s/ Alex D. Kruzyk*
Alex D. Kruzyk
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
T: (561) 726-8444
akruzyk@pkglegal.com
*Counsel for Plaintiff and the proposed class*

*/s/ Todd M. Friedman\**
Todd M. Friedman (*Pro Hac Vice Pending*)
Law Offices of Todd M. Friedman P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
T: (323) 306-4234
tfriedman@toddflaw.com
*Counsel for Plaintiff and the proposed class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2024 a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                                           */s/ Alex D. Kruzyk*
                                                                           Attorney for Plaintif